■ STEVEN PIANOFORTE, Appellant, v CITY OF NEW YORK et al., Respondents, et al., Defendant. [32 NYS3d 504]—

Order, Supreme Court, Bronx County (Stanley Green, J.), entered on or about June 5, 2015, which granted the City defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff commenced this action for medical malpractice against the City and the doctors who treated him for their failure to prevent a grand mal seizure he suffered while he was incarcerated. Defendants established their entitlement to judgment as a matter of law by submitting evidence showing

that plaintiff's seizure was caused by an underlying, undetected seizure disorder that defendant doctors had no reason to expect plaintiff suffered from, and that the treatment provided to plaintiff was appropriate and within accepted medical practice (*see e.g. Curry v Dr. Elena Vezza Physician, P.C.*, 106 AD3d 413 [1st Dept 2013]).

In opposition, plaintiff failed to raise a triable issue of fact. Contrary to plaintiff's contention, defendants demonstrated that plaintiff's seizure could not have been the result of benzodiazepine withdrawal. Concur—Mazzarelli, J.P., Andrias, Saxe, Gische and Kahn, JJ.